UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:22–cv–00252–MCS–AGR          Date       April 19, 2022

Title     BRYAN WILLIAMS V. POSCA BROTHERS DENTAL LABORATORY, INC. ET AL

Present:        The Honorable   Mark C. Scarsi , U. S. District Judge

  Stephen Montes Kerr                             Not Reported;
      Deputy Clerk                          Court Reporter/Recorder

Attorney(s) Present for Plaintiff(s):        Attorney(s) Present for Defendant(s):
         None Present                                   None Present

**Proceedings:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: DISMISSAL
                 FOR LACK OF PROSECUTION**

     Plaintiff is ordered to show cause, in writing, no later than April 26, 2022, why
this action should not be dismissed for lack of prosecution. The Court will consider the
filing of the following on or before the above date as an appropriate response to this
Order to Show Cause:


 _    Proof of service of summons and complaint

 X    Response to the complaint by the defendant or an application for entry of default
      pursuant to Federal Rule of Civil Procedure 55(a)

 _    Application for entry of default judgment pursuant to Federal Rule of Civil
      Procedure 55(b)


     No oral argument on this matter will be heard unless otherwise ordered by the
Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon
the filing of the response to the Order to Show Cause. Failure to respond to the Order to
Show Cause will result in the dismissal of this action.

     **IT IS SO ORDERED.**

                                             Initials of Clerk:  smo